No. 01–1325.   BROWN ET AL. v. LEGAL FOUNDATION OF WASHINGTON ET AL.   C. A. 9th Cir.   [Certiorari granted, 536 U. S.

903.] Motion of respondents Justices of the Supreme Court of Washington for divided argument granted.